IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
EASTERN DIVISION

| | |
|---|---|
| JOHNNY RAGLAND, #111474, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 3:05-cv-251-F |
| ) | (WO) |
| STEVE WATSON, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

On July 26, 2005, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed (Doc. #21). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED as follows:

1. That the Recommendation is adopted.

2. That the plaintiff's motion to dismiss is GRANTED.

3. That Linda Owens is DISMISSED from this cause of action.

4. That this case, with respect to the claims presented against the remaining defendants, is referred back to the Magistrate Judge for additional proceedings.

DONE this 16th day of August, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE